UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Steve Snyder-Hill, *et al.*,**

    **Plaintiffs,**

  v.                    Civil Action 2:18-cv-736

                       Judge Michael H. Watson

**The Ohio State University,**

                       Magistrate Judge Deavers

    **Defendant.**

## ORDER

John Doe 2 had previously filed a Notice to substitute as counsel of record John C. Camillus, of the Law Offices of John C. Camillus, LLC, and Mitchell Schuster and Benjamin Bianco, of Meister Seelig & Fein, LLP, in place of then-counsel Scott E. Smith and Brian R. Noethlich with the firm Scott Elliot Smith, LPA; Adele P. Kimmel with Public Justice, P.C.; and Debra Greenberger and Ilann M. Maazel with Emery Celli Brinckerhoff & Abady LLP.   Notice, ECF No. 109.

John Doe 2 now moves the Court to sever his claims from this case so that he can pursue his claims individually.   Mot., ECF No. 121.   The Court **GRANTS** that request.

The Clerk is **DIRECTED** to (1) assign a new individual case number for John Doe 2; (2) mark this new case as related to all cases that are in turn related to Case No. 2:18-cv-692; and (3) assign the new case to the undersigned District

Judge and Chief Magistrate Judge Deavers.   Plaintiff must pay the requisite filing fee within fourteen days and file his individual Complaint in accordance with the deadline established in ECF No. 156, in Case No. 2:18-cv-692.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**