# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

John Doe No. 2,

       Plaintiff,

           Case No. 2:20-cv-2574
  v.

           Judge Michael H. Watson

The Ohio State University,

           Chief Magistrate Judge Deavers

       Defendant.

## ORDER

Upon unopposed motion and for good cause shown, Plaintiff's motion for an extension of time is hereby **GRANTED**.  Plaintiff John Doe #2 shall have up to and including June 10, 2020, to file his amended complaint in the above-captioned action.

**IT IS SO ORDERED.**

          */s/ Michael H. Watson*
          MICHAEL H. WATSON, JUDGE
          UNITED STATES DISTRICT COURT