IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOES 151-166,<br><br>Plaintiffs,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-3817<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge<br>Elizabeth P. Deavers |

**ORDER ESTABLISHING THE WS OSU II QUALIFIED SETTLEMENT FUND AND APPOINTING FUND ADMINISTRATOR**

Having come before this Court upon the Motion to Establish the WS OSU II Qualified Settlement Fund, this Court has received evidence and information from the Movant that the establishment of this Qualified Settlement Fund satisfies the requirements of Treasury Regulation Section 1.468-1(c) as:

a) It is established to resolve one or more contested or uncontested claims[1] that have resulted from an event or series of events giving rise to at least one claim asserting liability; and

b) It is established pursuant to the Motion presented to this Court; and

c) The assets of the Fund are segregated from other assets of the transferor.

**THEREFORE IT IS HEREBY ORDERED THAT:**

1. The aforementioned WS OSU II Qualified Settlement Fund is approved.

2. ARX Management, LLC ("ARX") is appointed as Fund Administrator and is hereby

---

[1] There were five cases involving 23 Plaintiffs included in the 10/12/2020 settlement. As such, all documents filed under this Case Number shall spread on the docket and equally apply to Case Numbers: 2:20-cv-2574, 2:20-cv-1429, 2:20-cv-2008, and 2:20-4657, all of which are in the settlement.

granted the authority to conduct any and all activities necessary to administer this Qualified Settlement Fund, including but not limited to execution of all qualified assignment documents of any resulting structured settlement liability within the meaning of Section 130(c) of the Internal Revenue Code.

3. The Qualified Settlement Fund shall be established at U.S. Bank ("Bank"), a financial institution doing business in Minneapolis, MN and Cincinnati, OH according to the terms, conditions and restrictions of the Motion and this Order.

4. Upon final distribution of all monies paid into the Qualified Settlement Fund, the Fund Administrator shall take appropriate steps to wind down the Settlement Fund and thereafter shall be discharged from any further responsibility with respect to the Settlement Fund.

**IT IS SO ORDERED.**

                                                        */s/ Michael H. Watson*
                                                    **MICHAEL H. WATSON**
                                                    **UNITED STATES DISTRICT JUDGE**