# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE NO. 2, | |
| Plaintiff, | Case No. 2:20-cv-02574-MHW-EPD |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff John Doe No. 2 and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Plaintiff's Complaint (Doc. 1) and/or First Amended Complaint (Doc. 27).  The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

Attorney for Plaintiff:

*/s/ John C. Camillus*
John C. Camillus
Trial Attorney (0077435)
Law Offices of John C. Camillus, LLC
P.O. Box 141410
Columbus, Ohio 43214
(614) 992-1000
(614) 559-6731 (facsimile)
jcamillus@camilluslaw.com

*Counsel for Plaintiff*

Attorney for Defendant:

DAVID A. YOST
ATTORNEY GENERAL OF OHIO

*/s/ Michael H Carpenter*
by */s/ John C. Camillus*
per email authorization (3/2/2021)
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
barthel@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on March 3, 2021. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

                                                  */s/ John C. Camillus*
                                                  John C. Camillus
                                                  Trial Attorney (0077435)
                                                  Law Offices of John C. Camillus, LLC
                                                  P.O. Box 141410
                                                  Columbus, Ohio 43214
                                                  (614) 558-7254
                                                  (614) 559-6731 (facsimile)
                                                  jcamillus@camilluslaw.com

                                                  *Counsel for Plaintiff*